AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
          Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TABLE, SAMARRIAH A | **Judgment in a Criminal Case**<br>**(For a Petty Offense)** — Short Form<br>CM/ECF Case No. 4:26-PO-00243-AGH |

| | | |
|---|---|---|
| Case No. | GM1 | E2722646 |

USM No.

Pro Se
_____
Defendant's Attorney

**THE DEFENDANT:** TABLE, SAMARRIAH A

☐   **THE DEFENDANT** pleaded guilty to count(s)   _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| OCGA § 40-5-121 | Driving While License Suspended | 04/12/2026 | 1 |

☑  Count(s)  1 _____   ☑ is   ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $0.00 | $ | $ | $ |

Last Four Digits of Defendant's Soc. Sec. No.: 6771

Defendant's Year of Birth: 2004

City and State of Defendant's Residence:
COLUMBUS, GA

07/22/2026
_____
Date of Imposition of Judgment

_____
Signature of Judge

Amelia G. Helmick, US Magistrate Judge
_____
Name and Title of Judge

07/22/2026
_____
Date